# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Lynn Gordon ,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                  3:12cv98

State of North Carolina ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                              Signed: April 13, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court